UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LORI LEE NOBLE,<br><br>               Plaintiff,<br><br>   v.<br><br>CAROLYN COLVIN, Acting Commissioner of Social Security,<br><br>               Defendant. | Case No. 2:13-CV-01416-RSL-BAT<br><br>**ORDER REVERSING AND REMANDING FOR FURTHER ADMINISTRATIVE PROCEEDINGS** |

     The Court, after careful consideration of the plaintiff's complaint, the parties' stipulated motion for remand, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and **ORDER**:

     (1)    The Court adopts the Report and Recommendation.

     (2)    The Commissioner's decision is **REVERSED** and the case is **REMANDED** to the Social Security Administration under sentence four of 42 U.S.C. § 405(g) for further proceedings, including a *de novo* hearing, consistent with the Report and Recommendation.

     (3)    Plaintiff is entitled to reasonable attorney fees pursuant to 28 U.S.C. § 2412(d), upon proper request to the Court.

///

(4)     The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

DATED this 18th day of April, 2014.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER REVERSING AND REMANDING FOR FURTHER
ADMINISTRATIVE PROCEEDINGS - 2